UNITED STATES of America, Plaintiff–Appellee,

v.

Gregory KELTON, Defendant–Appellant.

No. 11–10749
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 22, 2011.

Ramona C. Albin, Daniel J. Fortune, Mary Anne Gallagher, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Gregory J. Reid, Attorney at Law, Gardendale, AL, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Gregory J. Reid, appointed counsel for Gregory Kelton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Kelton's conviction and sentence are **AFFIRMED.**